IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ERIC PLUNKETT, ET AL                                          PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 1:07CV185-M-A

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                                  DEFENDANT

## **ORDER**

In light of the court's Order dated June 13, 2008 resetting the trial of this case for May 11, 2009, the undersigned hereby resets the discovery and motion filing deadlines as follows:

    Discovery   – December 24, 2008

    Motion Filing – January 11, 2009

The final pretrial conference in this case will take place as previously scheduled on April 6, 2009 at 11:00 a.m. before the undersigned.

    THIS the 3nd day of July, 2008.

                                              /s/ S. Allan Alexander
                                              S. ALLAN ALEXANDER
                                              UNITED STATES MAGISTRATE JUDGE